**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−55227−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Tolson Robert Radloff
   6868 Birchdale St
   Romulus, MI 48174

Social Security No.:
   xxx−xx−9638

Employer's Tax I.D. No.:

**NOTICE RESCHEDULED MEETING OF CREDITORS**

To the Creditors of the above named Debtor(s)

NOTICE IS HEREBY GIVEN that an Order of Reinstatement was entered on **08/29/13**

The meeting of creditors has been rescheduled to **October 9, 2013** at **09:00 AM** to be held at **211 West Fort St., Room 315, Detroit, MI 48226** .

The deadline to file a complaint to determine the dischargeability of a debt has not changed.

Dated: 8/30/13

                    BY THE COURT

                    Katherine B. Gullo , Clerk of Court
                    UNITED STATES BANKRUPTCY COURT